PROB 34
1/92

Report and Order Terminating Probation/Supervised Release

# United States District Court

For The

## CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

**v.**          Crim. No.    04-20022-001

**JAMES BRIAN DALY**

It appearing that the above named has complied with the conditions of Supervised Release imposed by the Order of the Court heretofore made and entered in this case and that the period of Supervised Release expired on February 28, 2007. I therefore recommend that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Respectfully submitted,

s/ Susan C. Silver

Susan C. Silver
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 5th day of March , 2007.

s/ Michael P. McCuskey

Michael P. McCuskey
Chief United States District Judge